UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 15, 2024

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | VIOLATIONS: |
| BRUCE R. HART, | 18 U.S.C. § 922(g)(1) |
| Defendant. | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | 22 D.C. Code §§ 4503(a)(1), (b)(1) (Unlawful Possession of a Firearm (Prior Conviction)) |
| | 22 D.C. Code §§ 4503.03(a)(2)(B), (c)(1) (Endangerment with a Firearm (Public Place)) |
| | 23 D.C. Code § 1328(a)(1) (Offenses Committed During Release) |
| | FORFEITURE: 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 26, 2024, within the District of Columbia, **BRUCE R. HART**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince George's County, Maryland, criminal case number C-16-CR-23-002209, did unlawfully and knowingly receive and possess ammunition, that is, eleven rounds of 10mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

1

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about October 26, 2024, within the District of Columbia, **BRUCE R. HART**, knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, owned, kept, and had within his possession and control, a firearm.

**(Unlawful Possession of a Firearm (Prior Conviction)**, in violation of 22 D.C. Code, Sections 4503(a)(1), (b)(1))

*The Grand Jury Further Charges* that at the time the crime set forth in this Count was committed, **BRUCE R. HART**, was on release pursuant to the provisions of Title 23 of the District of Columbia Code in D.C. Superior Court criminal case number 2024 CMD 005823.

**(Unlawful Possession of a Firearm (Prior Conviction), Offenses Committed During Release**, in violation of 22 D.C. Code, Sections 4503(a)(1), (b)(1), 23 D.C. Code, Section 1328(a)(1)).

## COUNT THREE

On or about October 26, 2024, within the District of Columbia, **BRUCE R. HART**, without permission to discharge a projectile from a firearm, did knowingly discharge a projectile from a firearm outside a licensed firing range while **BRUCE R. HART** was in a location that was open to the general public at the time of the offense, and the discharged projectile traveled through or stopped in a location that was open to the general public at the time of the offense.

**(Endangerment with a Firearm (Public Place)**, in violation of 22 D.C. Code, Sections 4503.03(a)(2)(B), (c)(1))

*The Grand Jury Further Charges* that at the time the crime set forth in this Count was committed, **BRUCE R. HART**, was on release pursuant to the provisions of Title 23 of the District of Columbia Code in D.C. Superior Court criminal case number 2024 CMD 005823.

**(Endangerment with a Firearm (Public Place), Offenses Committed During Release**,

in violation of 22 D.C. Code, Sections 4503.03(a)(2)(B), (c)(1), 23 D.C. Code, Section 1328(a)(1)).

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a black polymer 80 firearm, an extended magazine, and 10mm ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

   (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

*[signature]*

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.